REVISED JANUARY 5, 2010

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 10, 2009

Charles R. Fulbruge III
Clerk

No. 09-10545
Summary Calendar

ALFREDA JOHNSON,

Plaintiff - Appellant

v.

SCURRY COUNTY TEXAS,

Defendant - Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:08-CV-526

Before REAVLEY, DAVIS, and GARZA, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given by that court. The complaint of the plaintiff states only general conclusions and contains no specific action of the County or plausible grounds for which it could be liable.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.